THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH KEANE and JACOB GOLLIET, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SIBYLLINE AMERICAS INC., a foreign corporation, AMAZON.COM, INC., a foreign corporation, and AMAZON.COM SERVICES LLC, a foreign corporation,

Defendants.

NO. 2:26-cv-00569-LK

**~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION TO CONTINUE CLASS CERTIFICATION DEADLINES**

The Court, having considered the Parties' Stipulated Motion to Continue Class Certification Deadlines, finding that good cause exists for a continuance, amends the class certification schedule as follows:

| **Deadline** | **Former Date** | **New Date** |
|---|---|---|
| Deadline for joining additional parties | June 5, 2026 | August 21, 2026 |
| Deadline for filing amended pleadings | July 3, 2026 | September 18, 2026 |
| Deadline for filing motions relating to discovery on class certification | August 10, 2026 | October 26, 2026 |



NORTH CITY LAW, PC
2825 Colby Ave, Suite 206
Everett, Washington 98201
Phone: 425.200.6584
www.northcitylaw.com

Rekhi & Wolk, P.S.
529 Warren Ave N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
www.rekhiwolk.com

| | | |
|---|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | September 9, 2026 | December 9, 2026 |
| Deadline for Plaintiffs to file motion for class certification | October 9, 2026 | January 22, 2027 |
| Deadline for Defendants to file opposition to motion for class certification | November 6, 2026 | February 19, 2027 |
| Deadline for Plaintiffs to file reply in support of motion for class certification | November 20, 2026 | March 5, 2027 |

IT IS SO ORDERED.

Dated this 7th day of August, 2026.

Honorable Lauren King
United States District Court Judge

Presented by:

REKHI & WOLK, P.S.

By: *s/ Hardeep S. Rekhi*
Hardeep S. Rekhi, WSBA No. 34579
Gregory A. Wolk, WSBA No. 28946
Cameron K. Mease, WSBA No. 59550
REKHI & WOLK, P.S.
529 Warren Avenue N, Suite 201
Seattle, WA 98109
Telephone: 206.388.5887
hardeep@rekhiwolk.com
greg@rekhiwolk.com
cameron@rekhiwolk.com

Andy Backlund, WSBA #45775
NORTH CITY LAW, PC
2825 Colby Ave, Suite 206
Everett, Washington 98201
Telephone: 425.200.6584
Email: andy@northcitylaw.com

*Attorneys for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

By: <u>*s/ Melissa Mordy (per authorization)*</u>
Melissa Mordy, WSBA #41879
Rebecca Lynch, WSBA #58018
929 108th Avenue NE, Suite 1500
Bellevue, WA 98004
Telephone: 425.646.6100
missymordy@dwt.com
rebeccalynch@dwt.com

Sheehan Sullivan, WSBA #33189
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206.622.3150
sulls@dwt.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

TAFT STETTINIUS & HOLLISTER LLP

Blair Carter (Pro Hac Vice)
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Direct: 719.448.4012
bcarter@taftlaw.com

Brian G. Dershaw, *Pro Hac Vice*
Lilian Tapia Fernandez, *Pro Hac Vice*
301 E. 4th Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513.381.2838
Email: bdershaw@taftlaw.com
Email: lfernandez@taftlaw.com

*Attorneys for Defendant Sibylline Americas Inc.*